IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|                                 ) | |
|     Plaintiff,                  ) | |
|                                 ) | 4:05cr3020 |
|     v.                          ) | |
|                                 ) | |
| ANTHONY L. COOPER and           ) | ORDER |
| TYRONE V. THOMAS,               ) | |
|                                 ) | |
|                                 ) | |
|     Defendants.                 ) | |

    IT IS ORDERED:

    1.  An evidentiary hearing on defendant Cooper's motion to suppress evidence, filing 25, will be held before the undersigned on May 3, 2005 at 1:30 p.m. in Courtroom #2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The hearing is scheduled for a duration of two hours.  In the event counsel believe additional time is or may be necessary, they should contact my courtroom deputy as soon as practicable.

    2.  Copies of all exhibits expected to be offered into evidence during the hearing, except those to be used for impeachment only, shall be delivered to the chambers of the undersigned at least two working days prior to the hearing.

    3.  The trial of this case, as pertains to ALL defendants, is continued until further order of the court following resolution of outstanding motions.

    Dated April 20, 2005

                                          BY THE COURT

                                      s/ *David L. Piester*
                                      David L. Piester
                                      United States Magistrate Judge